## CARROLL v. TEXAS.

No. 1224, Misc.  Decided June 17, 1968.

*Don Gladden* and *Sam Houston Clinton, Jr.,* for petitioner.

*Crawford C. Martin,* Attorney General of Texas, and *Howard M. Fender,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.  The judgment is reversed.  *Rideau* v. *Louisiana,* 373 U. S. 723.

THE CHIEF JUSTICE, MR. JUSTICE HARLAN, MR. JUSTICE STEWART, and MR. JUSTICE WHITE are of the opinion that certiorari should be denied.